UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:00-CR-12-001/LAC

SERAPHIN BERTRAND

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:         Seraphin Bertrand #66106-004    (Payee)
Address:   FMC Butner
           PO Box 1600
           Butner, NC 27509

Receipt Number  B030708DFLN300CR000012

Date of Receipt   4/21/08

Motion: N/A

Explanation: Seraphin Bertrand's $100.00 special assessment and $1,000.00 fine were paid on March 19, 2008.  The Clerk's office received $30.00 on the March 2008 Bureau of Prisons (BOP) report. According to the court dockets and financial records, Mr. Bertrand does not owe any additional money.  Requesting authorization to refund the $30.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments from this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:    _s/Philip Detweiler_
              Philip Detweiler, Financial Specialist         Date:  April 28, 2008

Referred by: _____,Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 28th day of April, 2008, that the Clerk refund the identified funds to the payee.

APPROVED_____X_____

DENIED_____                    _s/L.A. Collier_
                                          LACEY A. COLLIER
                                          SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99